IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORENA SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MUSKOGEE COUNTY SHERIFF et al.,<br><br>    Defendants. | Case No. 21-CV-306-JFH-GJL |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 78. The Magistrate Judge recommends that the Partial Motion to Dismiss Plaintiff's Second Amended Complaint [Dkt. No. 26], filed by Defendant Muskogee County Sheriff's Office be GRANTED and that the Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 16] filed by Defendants Board of County Commissioners and Muskogee County Sheriff's Office be DENIED as moot. Dkt. No. 78 at 7-8.

Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that the Partial Motion to Dismiss Plaintiff's Second Amended Complaint [Dkt. No. 26], filed by Defendant Muskogee County Sheriff's Office is GRANTED.

IT IS FURTHER ORDERED that the Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. No. 16] filed by Defendants Board of County Commissioners and Muskogee County Sheriff's Office is DENIED as moot.

Dated this 17th day of April 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE