IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORENA SANCHEZ, as Special Administrator for the Estate of Bo Michael Guthrie, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MUSKOGEE COUNTY SHERIFF, in his official capacity; KAROLINA BOULET; LACY ROSSON; CHIEF DEPUTY MICHAEL MAHAN; DEPUTY BRIAN REYES; GARRETT BOYD; LISA HOPE; EMMEY CAPPS; AUTUMN OWENS-SQUIRREL; SAMANTHA WEISENFELS; and KELSEY HALL,<br><br>Defendants. | Case No. CIV-21-306-JFH-GLJ |

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO QUASH DEPOSITION AND FOR PROTECTIVE ORDER

This matter comes before the Court on Defendant Muskogee County Sheriff's ["MCS"] Motion to Quash Deposition and for Protective Order [Docket No. 137]. The case has been referred to the undersigned Magistrate Judge for all further proceedings pursuant to jurisdiction arising under 28 U.S.C. § 636(b) [Docket No. 44], and the undersigned Magistrate Judge now finds that the motion should be GRANTED IN PART and DENIED IN PART:

-2-

1. Defendant MCS's request to quash the 30(b)(6) Representative deposition is denied to the extent that the video deposition may be taken on or before Thursday, Nov. 21, 2023. The motion is granted to the extent certain examination topics, as outlined below, have been stricken pursuant to, *inter alia*, *Burke v. Glanz*, 2013 WL 4521172 (N.D. Okla. Aug. 26, 2013) and *LabXpress, LLC v. Laboratory Corp. of America*, 2011 WL 1099283 (W.D. Okla. March 22, 2011).

2. Defendant MCS's request for protective order from all or some of the examination topics, as outlined in Plaintiff's Notice of Video Deposition [Docket No. 136], is GRANTED as to the following examination topics: 1-3, 14-15, 22-24, 29-32, 34-37, 39-43.

3. Defendant MCS's request for protective order from all or some of the examination topics, as outlined in Plaintiff's Notice of Video Deposition [Docket No. 136], is DENIED as to the following examination topics: 4-11, 13, 16-21, 25-28, 33, 38.

4. Defendant MCS's request for protective order from all or some of the examination topics, as outlined in Plaintiff's Notice of Video Deposition [Docket No. 136], is GRANTED IN PART AND DENIED IN PART as to examination topic 12. The motion to granted as to the language in the parenthetical beginning "including without limitation", and denied as to the language preceding the parenthetical. In other words, the surviving portion of the topic is as follows: "As of January 1, 2020, standards MCS/MCJ followed for the classification, segregation, supervision, and medical care of people in its custody."

As mentioned above, Plaintiff is hereby granted a limited extension of the discovery cutoff deadline, solely for the purpose of conducting the relevant Rule 30(b)(6) Representative deposition(s), to Thursday, November 21, 2023. Additionally, the

-3-

dispositive deadline is extended to Thursday, December 5, 2023. A Fifth Amended Scheduling Order shall follow.

    IT IS SO ORDERED this 30th day of October, 2023.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**