IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  LORENA SANCHEZ<br>as SPECIAL ADMINISTRATOR<br>to BO MICHAEL GUTHRIE, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>(1) MUSKOGEE COUNTY SHERIFF,<br>    In his official capacity,<br>(2) KAROLINA BOULET, individually and<br>in her official capacity as Muskogee<br>County Jail Administrator;<br>(3) LACY ROSSON; individually and in her<br>official capacity as Muskogee County<br>Jail Assistant Administrator; and<br>(4) CHIEF DEPUTY MICHAEL MAHAN;<br>(5) DEPUTY BRIAN REYES;<br>(6) GARRETT BOYD;<br>(7) LISA HOPE;<br>(8) JOSEPH COLE;<br>(9) EMMEY CAPPS;<br>(10) AUTUMN OWENS-SQUIRREL;<br>(11) SAMANTHA WEISENFELS; and<br>(12) KELSEY HALL, in their official and<br> individual capacities,<br><br>        Defendants. | Case No. 21-cv-306-JFH-GLJ |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Lorena Sanchez ("Plaintiff") and Defendants Muskogee County Sheriff, Karolina Boulet, Lacy Rosson, Chief Deputy Michael Mahan, Deputy Brian Reyes, Garrett Boyd, Lisa Hope, Joseph Cole, Emmey Capps, Autumn Owens-Squirrel, Samantha Weisenfels, and Kelsey Hall ("Defendants") (collectively, "the Parties"), hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against these Defendants in the above-styled case be

dismissed with prejudice to the re-filing thereof, with the Parties to bear their own costs and fees.

**APPROVED AS TO FORM AND CONTENT:**

Respectfully submitted,

   /s/ D. Mitchell Garrett
D. Mitchell Garret, OBA #20704
320 South Boston Avenue, Suite 825
Tulsa, OK  74103
mitchell@garrettlawcenter.com

and

   /s/  Christopher Camp
Christopher L. Camp, OBA #18541 7122
South Sheridan Road, Suite #2-382
Tulsa, OK 74133
camplawfirm@gmail.com

*Attorneys for Plaintiff*

s/ Andy A. Artus
Andy A. Artus, OBA No. 16169
Jamison C. Whitson, OBA No. 18490
W.R. Moon Jr., OBA No. 32079
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
E-mail: aaa@czwlaw.com
       wrm@czwlaw.com
       jcw@czwlaw.com

***ATTORNEYS FOR DEFENDANTS MUSKOGEE COUNTY SHERIFF, KAROLINA BOULET, JOSEPH COLE, MICHAEL MAHAN, BRIAN REYES, GARRETT BOYD, KELSEY HALL, AND***

*LACY ROSSON, in their individual and official capacities*

s/ Carson C. Smith
Carson C. Smith, OBA #22303
John H. Kim, OBA #31613
Robert S. Lafferrandre, OBA #11897
Pierce Couch Hendrickson
  Baysinger & Green, L.L.P.
1109 N. Francis Ave.
Oklahoma City, OK 73106-6813
Email: csmith@piercecouch.com
          jkim@piercecouch.com
          rlafferrandre@piercecouch.com

*Attorneys for Defendants,*
*Lisa Hope, Emmey Capps,*
*Autumn Owens-Squirrel, and*
*Samantha Weisenfels, in their individual and official capacities*